**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD HAROLD SCHAD, *Petitioner-Appellant*, | No. 13-16895 |
| v. | D.C. No. 2:97-cv-02577-ROS |
| CHARLES L. RYAN, Director, Arizona Department of Corrections, *Respondent-Appellee*. | ORDER |

Filed October 7, 2013

Before: Mary M. Schroeder, Stephen Reinhardt, and Susan P. Graber, Circuit Judges.

## ORDER

Judge Schroeder and Judge Graber have voted to deny the petition for panel rehearing and to deny the motion for a stay of execution. Judge Reinhardt voted to grant the petition for panel rehearing and to grant the motion for a stay of execution. Accordingly, the petition for panel rehearing and the motion for a stay of execution are denied.